UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

3:09-md-02100-DRH-PMF

MDL No. 2100

**This Document Relates To:**

| | |
|---|---|
| *Amber Austin v. Bayer Corporation, et al.* | No. 3:10-cv-13859-DRH-PMF |
| *Amber Czerwinski v. Bayer Corporation, et al.* | No. 3:10-cv-12753-DRH-PMF |
| *Candi Dunbar v. Bayer Corporation, et al.* | No. 3:11-cv-11397-DRH-PMF |
| *Rebecca Gale v. Bayer Corporation, et al.* | No. 3:11-cv-11403-DRH-PMF |
| *Casey Jolicoeur v. Bayer Corporation, et al.* | No. 3:12-cv-10979-DRH-PMF |
| *Brandy Pearson v. Bayer Corporation, et al.* | No. 3:11-cv-11580-DRH-PMF |
| *Nicole Williams v. Bayer Corporation, et al.* | No. 3:10-cv-12123-DRH-PMF |
| *Teresa Dvorak. v. Bayer Corporation, et al.* | No. 3:12-cv-20084-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 19, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:    /s/*Sara Jennings*
            **Deputy Clerk**

Dated:  April 22, 2013

Digitally signed by
David R. Herndon
Date: 2013.04.22
09:37:44 -05'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT